# EXHIBIT A

| | |
|---|---|
| **From:** | Michael Geracioti <MGeracioti@levineorr.com> |
| **Sent:** | Tuesday, January 28, 2014 11:33 AM |
| **To:** | Reis, John |
| **Subject:** | RE: Mason case |

John, I was holed up in trial prep for a case set to start yesterday. The case was dropped at the last minute. Your discovery and discovery in a 2nd case are at the top of the list.


Michael A. Geracioti
Levine, Orr & Geracioti PLLC
210 Third Avenue North
Nashville TN 37201
O: 615.244.4944
C: 615.347.2922
F: 615.244.7664

---

From: Reis, John [JReis@cozen.com]
Sent: Tuesday, January 28, 2014 10:24 AM
To: Michael Geracioti
Cc: James Freeman (JFreeman@jafreemanlaw.com)
Subject: Mason case

Mike, I am following up on our discovery requests sent Dec. 19, 2013, per the attached. I do not recall you asking for an extension before the due date elapsed. Can you advise on the status of the responses?

[cid:image001.gif@01CF1C1B.5C6D5EC0]

John W. Reis
Member | Cozen O'Connor
Suite 2100, 301 South College Street, One Wells Fargo Center | Charlotte, NC 28202
P: 704-348-3416 F: 866-248-2901
Email<mailto:jreis@cozen.com> | Bio<http://www.cozen.com/people/bios/reis-john> | Map<http://maps.apple.com/?q=Suite%202100%2C%20301%20South%20College%20Street%0D%0AOne%20Wells%20Fargo%20Center%2CCharlotte%20NC> | cozen.com<http://www.cozen.com>

---

Notice: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.

---

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution,

1

or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

**Reis, John**
___

| | |
|---|---|
| **From:** | Michael Geracioti <MGeracioti@levineorr.com> |
| **Sent:** | Friday, March 07, 2014 10:58 AM |
| **To:** | Reis, John |
| **Subject:** | RE: bankers standard v. interline et al |

I know. I carry the discovery home with me everyday. It is now the top priority.

Because I am dealing with multiple corporations, one of which is Chinese (and whose CEO is unavailable due to traveling back and forth) gathering info is more difficult than usual. Not to mention, the unavailability during the 10 day or so celebration of the Chinese New Year.


Michael A. Geracioti
Levine, Orr & Geracioti PLLC
210 Third Avenue North
Nashville TN 37201
O: 615.244.4944
C: 615.347.2922
F: 615.244.7664
___

From: Reis, John [JReis@cozen.com]
Sent: Friday, March 07, 2014 9:34 AM
To: Michael Geracioti
Subject: RE: bankers standard v. interline et al

I am glad you emailed me because I have been wondering when I would be getting your answers and responses to our interrogatories and requests for production of documents. It's very overdue.

John W. Reis
Member | Cozen O'Connor
Suite 2100, 301 South College Street, One Wells Fargo Center | Charlotte, NC 28202
P: 704-348-3416 F: 866-248-2901

-----Original Message-----
From: Michael Geracioti [mailto:MGeracioti@levineorr.com]
Sent: Friday, March 07, 2014 10:25 AM
To: Reis, John
Subject: bankers standard v. interline et al

John: I have a standard copy of the interline insurance policy. When I return to the office (from vacation) I will mail a copy. I am waiting on the certification.

It is my recollection that I have already provided a copy of MTD's CEO's letter stating there was no insurance in place. If you need that letter notarized or certified, let me know.

1

Michael A. Geracioti
Levine, Orr & Geracioti PLLC
210 Third Avenue North
Nashville TN 37201
O: 615.244.4944
C: 615.347.2922
F: 615.244.7664

---

Notice: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.

---

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.