IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BANKERS STANDARD INSURANCE )
COMPANY )
) No. 3-13-1199
v. )
)
MTD (USA) CORPORATION; )
ZHEJIANG DINGBO PLUMBING )
MANUFACTURING CO., LTD.; and )
INTERLINE BRANDS, INC. )

O R D E R

The plaintiff's motion for extension of time to serve process upon defendant Zhejiang Dingbo Plumbing Manufacturing Co., Ltd. ("Zhejiang Dingbo") (Docket Entry No. 19) is GRANTED.

The time for the plaintiff to effect service on defendant Zhejiang Dingbo, in accord with Rule 4(m) of the Federal Rules of Civil Procedure, is extended to July 31, 2014.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge