IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BANKERS STANDARD INSURANCE )
COMPANY )
) No. 3-13-1199
v. )
)
MTD (USA) CORPORATION; )
ZHEJIANG DINGBO PLUMBING )
MANUFACTURING CO., LTD.; and )
INTERLINE BRANDS, INC. )

O R D E R

Pursuant to the order entered December 18, 2013 (Docket Entry No. 18), counsel for the parties called the Court on May 7, 2014, at which time the following matters were addressed:

1. The plaintiff's motion to compel discovery responses from defendants MTD (USA) Corporation ("MTD") and Interline Brands, Inc. ("Interline") (Docket Entry No. 20) is GRANTED to the extent that defendants MTD and Interline shall have until May 30, 2014, to serve responses to the interrogatories and requests for production served upon them on December 19, 2013.

2. Plaintiff's counsel reported on the status of service of process on defendant Zhejiang Dingbo Plumbing Manufacturing Co., Ltd ("Dingbo"). See also Docket Entry No. 23.

3. Counsel for the parties shall convene another telephone conference call with the Court on **Thursday, July 24, 2014, at 12:00 noon, central time,** to address whether defendant Dingbo has entered an appearance or has been served, what experts the parties anticipate, on what dates expert depositions have been scheduled, whether any dispositive motion will be filed, whether any additional parties are expected, whether any scheduling deadlines can or should be adjusted, and any other appropriate matters.

Counsel for defendants MTD and Interline has already provided a call-in number for plaintiff's counsel and the Court to use.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge