IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BANKERS STANDARD INSURANCE )
COMPANY )
) No. 3-13-1199
v. )
)
MTD (USA) CORPORATION; )
ZHEJIANG DINGBO PLUMBING )
MANUFACTURING CO., LTD.; and )
INTERLINE BRANDS, INC. )

O R D E R

On May 7, 2014, Docket Entry No. 24, the Court scheduled a conference call for <u>Thursday, July 24, 2014, at 12:00 noon</u>, central time, to address whether defendant Dingbo has entered an appearance or has been served, what experts the parties anticipate, on what dates expert depositions have been scheduled, whether any dispositive motion will be filed, whether any additional parties are expected, whether any scheduling deadlines can or should be adjusted, and any other appropriate matters. Counsel for defendants MTD and Interline has already provided a call-in number for plaintiff's counsel and the Court to use.

Due to a conflict in the Court's calendar, the conference call is hereby RESCHEDULED for **12:00 noon, Wednesday, July 30, 2014**. The Court assumes the same call-in number will be able to be used, if not, counsel shall so advise.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge