IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BANKERS STANDARD INSURANCE )
COMPANY )
) No. 3-13-1199
v. )
)
MTD (USA) CORPORATION; )
ZHEJIANG DINGBO PLUMBING )
MANUFACTURING CO., LTD.; and )
INTERLINE BRANDS, INC. )

O R D E R

Pursuant to the order entered July 7, 2014 (Docket Entry No. 26), counsel for the parties called the Court on July 30, 2014, at which time the following matters were addressed:

1. The plaintiff has not obtained service on defendant Dingbo and may voluntarily dismiss that defendant.

2. The parties have agreed to participate in private mediation with Barry Howard although they have not set a firm date.

3. The July 1, 2014, deadline for the parties to propound written discovery is extended to August 1, 2014.

4. The August 1, 2014, deadline for the plaintiff to serve expert disclosures in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedure is extended to August 15, 2014.

5. The October 2, 2014, deadline for the defendants to serve Rule 26(a)(2) expert disclosures is extended to October 16, 2014.

Except as provided herein and/or by subsequent order, the deadlines provided in the orders entered December 18, 2013 (Docket Entry Nos. 17 and 18), remain in full force and effect.

By order entered July 9, 2014 (Docket Entry No. 27), Judge Nixon recused himself in this case and the case was reassigned to Chief Judge Haynes.

The Clerk is directed to forward the file to Chief Judge Haynes for all further proceedings in this case.

Because Chief Judge Haynes normally conducts his own case management, unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

                                                                _____
                                                                JULIET GRIFFIN
                                                                United States Magistrate Judge